# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1408
(Reexamination No. 95/000,565)

MICHAEL J. VAILLANCOURT,

> Appellant,

v.

BECTON DICKINSON & COMPANY,

> Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

MICHAEL VAILLANCOURT v BECTON DICKINSON & COMPANY, 2013-1408

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.